G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
WENDELL PAYNE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WENDELL PAYNE,** | Case No. 13-cv-01996-WQH-BGS |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| **PIONEER CREDIT RECOVERY, INC.; and DOES 1 through 10, inclusive,** | |
| Defendants. | |

Pursuant to FRCP 41a(1), Plaintiff, WENDELL PAYNE, by and though his attorney, hereby voluntarily dismisses the above-entitled case without prejudice.

                                              RESPECTFULLY SUBMITTED,

DATED:  September 4, 2013         **PRICE LAW GROUP APC**

                                              By:/s/ G. Thomas Martin, III
                                                    G. Thomas Martin, III
                                                    Attorney for Plaintiff

- 1 -

Notice of Voluntary Dismissal